IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00433-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    **RAUL BELTRAN-FRANCO,**

    Defendant.

---

**ORDER**

---

Comes on this day to be considered the Motion of the United States to dismiss Count Two of the Indictment as it pertains to Defendant Raul Beltran-Franco. Having considered same, the Court finds there are good grounds to grant the motion.

The Indictment is hereby DISMISSED as to Defendant Raul Beltran-Franco.

So Ordered this 15 day of June, 2006 at Denver, Colorado.

BY THE COURT:

WALKER D. MILLER, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO